IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER L. LINDSAY,
    Plaintiff,

vs.                                        5:07cv150/MCR/MD

JAMES MCDONOUGH, et al.,
    Defendants.
    _____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 31, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

DONE AND ORDERED this 30th day of November, 2007.


                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**